# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____

MARS ADVERTISING, INC.,

        Plaintiff,

v.                                                                       Case No. 18-12986

SUZANNA BIERWIRTH and
BRAD C. SIMPSON,

        Defendants.

_____/

## ORDER REQUIRING DEFENDANT TO FILE A RESPONSE

Plaintiff filed a "Second Emergency Motion to Compel, for Contempt and Sanctions" on February 22, 2019. (Dkt. #45.) The motion requests a court order compelling Defendant Bierwirth to produce documents responsive to Plaintiff's requests for production of documents, holding Bierwirth in contempt, and for an award of fees associated with bringing the motion. The court will order Defendant to file a response by Wednesday, February 27, 2019 at 9:00 AM. Attorneys are directed to be available for a possible teleconference during the afternoon of the 27th, as the court may later direct upon receipt of the response. Accordingly,

IT IS ORDERED that Defendant RESPOND to Plaintiff's motion by **9:00 AM on Wednesday, February 27, 2019**.

                                                  s/Robert H. Cleland           /
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: February 25, 2019

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 25, 2019, by electronic and/or ordinary mail.

s/Lisa Wagner                         /  
Case Manager and Deputy Clerk  
(810) 292-6522

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\18-12986.MARS.ResponseRequired.docx